UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHIRLEY P. HILL,

   Plaintiff,

v.               408CV012

FORD MOTOR COMPANY,

   Defendant.

## ORDER

In this products liability case, plaintiff Shirley Hill filed a "Dismissal Without Prejudice" that says, in its entirety: "COMES NOW, Plaintiff, Shirley Hill, by and through her attorneys of record, and dismisses this action WITHOUT PREJUDICE." Doc. # 16. Since only the plaintiff has signed it, she presumably proceeds under F.R.Civ.P. 41(a)(1)(A)(i), which allows dismissal by the plaintiff alone. But that is not permitted here because the defendant, Ford Motor Company, has already filed an Answer. Doc. # 5. *See* Rule 41(a)(1)(A)(i) (plaintiff may voluntarily dismiss without a court order by filing "a notice of dismissal *before* the opposing party serves either an answer or a motion for summary judgment") (emphasis added).

Hill otherwise may invoke either of two methods to dismiss her case without prejudice: (1) file a stipulation of dismissal under Rule 41(a)(1)(ii) "signed by all parties who have appeared"; or (2) file a Rule 41(a)(2)- motion for dismissal "By Court Order" (stating proper reasons for the Court to consider). Because she has done neither, this case is *NOT DISMISSED* and all deadlines remain intact. That includes her obligation to respond to Ford's still-pending motion to compel discovery. Doc. # 15.

This  12  day of June, 2008.

/s/ B. Avant Edenfield

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA